IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| CINDY LOU BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:20CV1035 |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b), (ECF No. 20), and, on June 21, 2022, was served on the parties in this action, (*see* ECF No. 21). Plaintiff filed Objections to the Magistrate Judge's Recommendation, (ECF No. 22), and the Commissioner responded in opposition, (ECF No. 23). The Court has appropriately reviewed the Magistrate Judge's Recommendation and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the Commissioner's decision finding no disability is affirmed, that Plaintiff's Motion for Judgment on the Pleadings, (ECF No. 13) is DENIED, that Defendant's Motion for Judgment on the Pleadings, (ECF No. 16), is GRANTED, and that this action be DISMISSED with prejudice.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 25th day of August 2022.

/s/ Loretta C. Biggs
United States District Judge